IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| EVY B. ORELLANA, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, *et al.*, <br><br> Defendants. | Case No. 8:20-cv-00845-TDC |

## NOTICE OF APPEAL

Notice is hereby given that Deputy United States Marshal Ryan Godec and Deputy United States Marshal Tristan Martin hereby appeal to the United States Court of Appeals for the Fourth Circuit from the Order entered on September 25, 2023, by the Honorable United States District Judge Theodore D. Chuang, *see* ECF No. 72, and all orders and docket entries that merge into that Order, including the Memorandum Opinion dated September 25, 2023.  *See* ECF No. 71.

DATED:  November 21, 2023

                                                      Respectfully submitted,

                                                      Erek L. Barron
                                                      United States Attorney

By: _____/s/_____
        Alan C. Lazerow (Bar No. 29756)
        Assistant United States Attorney
        36 S. Charles St., 4th Floor
        Baltimore, Maryland 21201
        Alan.Lazerow@usdoj.gov

        *Counsel for Defendants*